Before the First Division, October 9, 1958

**No. 62358.**—E. Leitz, Inc. *v.* United States, protest 287546–K (New York).

Opinion by Oliver, C. J. In accordance with stipulation of counsel that the merchandise consists of parts of photographic cameras similar in all material respects to the merchandise involved in *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C. D. 1874), the claim of the plaintiff was sustained.